UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| WAKEFIELD PEANUT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN GROVE USA, INC.,<br><br>Defendant. | Civil No. 2:26cv113 |

**FINAL ORDER**

Pending before the Court is a Motion to Dismiss or, in the Alternative, Change Venue (the "Motion") filed by Defendant Golden Grove USA, Inc. ("Defendant" or "Golden Grove"). Mot., ECF No. 4. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B), and by order of reference dated May 5, 2026, the Motion was referred to United States Magistrate Judge Robert J. Krask ("Judge Krask") for a report and recommendation ("R&R"). Order, ECF No. 8. On July 22, 2026, Judge Krask filed an R&R wherein he recommended that the Motion be denied. R&R, ECF No. 9.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by Judge Krask within 14 days. *Id.* at 11–12. Defendant filed timely objections to the R&R. Obj., ECF No. 10. Plaintiff did not respond, and the response period has passed. The Motion is therefore ripe for adjudication.

When a magistrate judge's disposition has been properly objected to, the district judge must make *de novo* findings with respect to the portions objected to. Fed. R. Civ. P. 72(b)(3). The Court has reviewed the record and examined the objections filed by Defendant and, upon *de novo* review, finds that the objections should be overruled. For the reasons already articulated by Judge Krask, the Court agrees that it has personal jurisdiction over Defendant and that venue is proper in the Eastern District of Virginia. *See* R&R at 4−10, ECF No. 9.

Accordingly, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. The R&R (ECF No. 9) is **ACCEPTED** and **ADOPTED**.
2. Defendant's Motion (ECF No. 4) is **DENIED**.
3. Defendant's request to transfer venue (*id.*) is **DENIED**.

The Clerk is **REQUESTED** to please provide a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

September 8, 2026
Norfolk, Virginia